# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA MEDLEY | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 12-cv-6284 |
| SUGARHOUSE HSP GAMING, L.P. *et al*. | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 21st day of March, 2013, upon careful consideration of defendants' motion to dismiss (Doc. No. 22), and plaintiff's opposition thereto, it is hereby **ORDERED** that:

1. Plaintiff's wrongful termination claim in count I, as it relates to SugarHouse HSP Gaming, L.P., SugarHouse HSP Gaming Prop. GP, LLC, and Patricia Tuck, is **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to amend her complaint.

2. Plaintiff's wrongful termination claim in count I, as it relates to Greg Carlin, David Patent, and Wendy Hamilton is **DISMISSED WITH PREJUDICE**.

3. Plaintiff's intentional infliction of emotional distress claim in count II is **DISMISSED WITH PREJUDICE** against all defendants.

4. Plaintiff has twenty-one days from the date of this order to file an amended complaint with the court to cure the wrongful termination claim against SugarHouse HSP Gaming, L.P., SugarHouse HSP Gaming Prop. GP, LLC, and Patricia Tuck.

        s/ William H. Yohn Jr.
        William H. Yohn Jr., Judge